■ MAKHAN S. CHAWLA, Appellant, v CRAVATH, SWAINE & MOORE, Respondent. [673 NYS2d 309] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered June 2, 1997, which, in an action for employment discrimination, insofar as appealable, denied plaintiff's motion to renew a prior order, entered September 13, 1996, granting defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

So much of the order as denied reargument is nonappealable (*see*, *Sioris v 25 W. 43rd St. Co.*, 223 AD2d 475). Renewal was properly denied for failure to show that the alleged new facts were unavailable at the time of the original motion (*see*, *Pahl Equip. Corp. v Kassis*, 182 AD2d 22, 27, *lv denied and dismissed* 80 NY2d 1005). We would add that the alleged new facts do not in any event undermine the finding that defendant's articulated reason for terminating plaintiff is nonpretex-

tual (245 AD2d 180). Concur—Lerner, P. J., Sullivan, Nardelli, Rubin and Saxe, JJ.